UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| GEORGE MILLER | CIVIL ACTION NO. 3:17-cv-0987 |
|---|---|
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CAPITAL ONE BANK, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after de novo review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). The Court's Judgment does not prevent Plaintiff from pursuing any civil action he may have in state court.

**MONROE, LOUISIANA,** this 31st day of October, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE